[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 26, 2006
THOMAS K. KAHN
CLERK

No. 05-15437
Non-Argument Calendar

_____

D. C. Docket No. 04-60181-CR-WPD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES MCSWAIN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(April 26, 2006)**

Before TJOFLAT, DUBINA and HULL, Circuit Judges

PER CURIAM:

Terrance M. Lenamon, counsel for James McSwain, in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McSwain's conviction and sentence are **AFFIRMED**.